■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM I. CROSBY, Appellant. [817 NYS2d 570]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Shirley Trout-

man, J.—Grand Larceny, 4th Degree). Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Green, JJ.